Before KOELSCH, ELY and TRASK, Circuit Judges.

PER CURIAM:

This court's judgment in the subject cause, reported at 459 F.2d 671 (9th Cir. 1972), has now been reversed by the Supreme Court of the United States. United States v. Russell, 411 U.S. 423, 93 S.Ct. 1637, 36 L.Ed.2d 366 (1973). The Supreme Court remanded the cause to this court "for further proceedings in conformity with the (Supreme Court's) opinion . . . ." Pursuant to the Supreme Court's directions, we now affirm the District Court's judgment of conviction.

So ordered.

PER CURIAM:

The appellant sought to withdraw his plea of guilty to one count of a six count indictment charging Securities Fraud, Mail Fraud, and Conspiracy. He alleged that a plea bargain which prompted the plea had not been kept, Santobello v. New York, 404 U.S. 257, 92 S.Ct. 495, 30 L.Ed.2d 427 (1971). Upon an examination of the record, which included an evidentiary hearing and the findings of the District Court announced from the Bench at the conclusion of that hearing, we are of the opinion that the appeal from the order denying the withdrawal of the guilty plea is wholly without merit.

The judgment of the District Court is Affirmed.

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Charlie F. PARKER, Defendant-Appellant.**

No. 73-1595

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

July 5, 1973.

Joe C. LeSage, Jr., Shreveport, La., John B. Benton, Jr., Minden, La., for defendant-appellant.

Donald E. Walter, U. S. Atty., D. H. Perkins, Jr., Asst. U. S. Atty., Shreveport, La., for plaintiff-appellee.

Before GEWIN, COLEMAN and MORGAN, Circuit Judges.

**Robert BUSTAMONTE, Plaintiff-Appellant,**

v.

**Merle R. SCHNECKLOTH, Superintendent, California Conservation Center, Defendant-Appellee.**

No. 25678.

United States Court of Appeals, Ninth Circuit.

July 12, 1973.

S. Thomas Pollack (argued), Stuart P. Tobisman, Los Angeles, Cal., for plaintiff-appellant.

Clifford K. Thompson, Jr., Deputy Atty. Gen. (argued), Thomas C. Lynch, Atty. Gen., Derald E. Granberg, Deputy Atty. Gen., San Francisco, Cal., for defendant-appellee.

ELY, Circuit Judges.

ORDER

Before HAMLIN, MERRILL and

By order of the Supreme Court, Merle R. Schneckloth, Superintendent, Califor-

---

* Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Company of

New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.